UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JOHNSON, husband of decedent Velmla Jean Bess,<br><br>           Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>           Defendants. | 1:09-cv-0502 OWW SMS<br><br>ORDER TO CEASE EMAILS |

The Court continues to receive emails from Mr. Howard Johnson to individuals concerning matters not before the Court.

This practice shall immediately cease. Howard Johnson shall not file any correspondence or other electronic communications between himself and others concerning this case without express authorization by way of Court order.

IT IS SO ORDERED.

Dated: May 21, 2009                  /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE